UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>ONE ORANGE 1969 CHEVROLET CAMARO<br>SS 396 WITH HAULMARK TRAILER; ONE<br>YELLOW 1969 CHEVROLET CAMARO RS SS;<br>ONE 2001 GMC SIERRA K2500 HD; and<br>$25,034.00 IN U.S. CURRENCY,<br>      Defendants. | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WARRANT AND MONITION**

To:  The United States Marshal for the District of
Massachusetts, or his Deputies

We Command You that you give notice to all persons concerned that a Verified Complaint for Forfeiture In Rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following in Rem defendants, identified as:

- one orange 1969 Chevrolet Camaro SS 396 with Haulmark Trailer, bearing Vehicle Identification Number 124679N527589, and Massachusetts Registration No. 1382TX, seized from Victor Miller at 88 Lovells Lane, Marstons Mills, Massachusetts, on or about October 2, 2003 (the "Camaro SS 396");

- one yellow 1969 Chevrolet Camaro RS SS, bearing Vehicle Identification Number 124379N511901, and Massachusetts Registration No. 1969YE, seized from Victor Miller at 88 Lovells Lane, Marstons Mills, Massachusetts, on or about October 2, 2003 (the "Camaro RS SS")

- one 2001 GMC Sierra K2500 HD, bearing Vehicle Identification Number 1GTHK23G01F167555, and Massachusetts Registration No. C187GM, seized from Victor Miller on or about October 1, 2003 (the "GMC Sierra"); and

- $25,034.00 in U.S. Currency, seized from Victor Miller on or about October 1, 2003,

(collectively referred to as the "Defendant Properties"), more particularly described in the Complaint for the forfeiture of the Defendant Properties to the United States of America pursuant to Title 21, United States Code, Sections 881(a)(6) and (4).

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Properties at least once for three (3) successive weeks in the Boston Herald or any other newspaper having a general circulation in this District;

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Victor Miller
88 Lovells Lane
Marstons Mills, MA 02648

Joseph J. Balliro, Esquire, as counsel for Victor Miller
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, MA 02110

Brockton Credit Union
Attn: Christopher K. Gibbons
68 Legion Parkway
Brockton, MA 02301

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Properties in your custody until further

2

order of this Court.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Properties, or assert that the Defendant Properties should not be condemned or disposed of pursuant to the prayer of the Verified Complaint for Forfeiture <u>in</u> <u>Rem</u>. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTIES MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE

REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION ASSET FORFEITURE GROUP.

By: _____
Tony Anastas, Clerk
U.S. District Court
Deputy Clerk
Date: 3/22, 2004

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: 3/22, 2004