UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   03-10445PBS

UNITED STATES OF AMERICA,
      Plaintiff,

V.

ONE ORANGE 1969 CHEVEROLET CAMARO
SS 396 WITH HAULMARK TRAILER; ONE
YELLOW 1969 CHEVROLET CAMARO RS SS;
ONE 2001 GMC SIERRA K2500 HD; and $25,034.00
IN U.S. CURRENCY,
      Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION OF VICTOR MILLER FOR LEAVE TO FILE ANSWER OF CLAIMANT/INTERVENOR VICTOR MILLER DEMAND FOR JURY TRIAL VERIFIED CLAIM LATE

Now comes Victor Miller, claimant/intervener in the above captioned mater and respectfully requests that he be granted leave to file the attached Answer of Claimant/Intervenor Victor Miller Demand for Jury Trial Verified Claim late

As reasons therefore, Victor Miller, through counsel, states the following:

1. On December 19, 2003 a verified Claimant/Intervener's Notice of Claim; Objection to Seizure and Forfeiture; Affidavit; Title 18, U.S.C., § 983(a); Title 18, U.S.C., § 983(a)(2)(c) was forwarded to Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, VA 22134-1475 and Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, VA 22301 (enclosed) for easch of the above listed defendants.

2.      Thereafter, counsel for Mr. Miller received warrants and monitions on the above listed property. Despite a search of the offices of counsel in the face of proof of delivery, counsel has been unable to locate the complaint above numbered. Counsel retrieved the complaint from PACER and answered forthwith.

3.      By means of the Affidavit of Task Force Agent Sean E. Balcom attached to the complaint and to complaint numbered 03-12438PBS, there is no dispute over standing in this case. Task Force Agent Balcom, alleges in his affidavits that Mr. Miller in the owner and purchaser of the subject rem.  Mr. Miller agrees.

4.      The failure to comply with the Federal Civil Rules was merely a ministerial oversight and will have no material effect on the outcome of the claims set forth by the Government.

5.      The Government is not prejudiced by the late filing and has been on notice of the claim from the outset of the litigation.

6.      In the interests of justice, this motion ought to be allowed.

> Respectfully Submitted,
> The Claimant/Intervenor,
> Victor Miller,
> By His Counsel
>
> Joseph J. Balliro, Jr., Esquire
> Balliro & Mondano
> 99 Summer Street
> Suite 1800
> Boston, Massachusetts 02110
> (617) 737-8442
> BBO# 550194

Date:  December   , 2004

## CERTIFICATE OF SERVICE

I, Joseph J. Balliro, Jr., Esquire, hereby certify that I have served the foregoing by mailing, First Class mail, postage pre-paid to Shelby D. Wright, Assistant United States Attorney, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 on December 29, 2004.

_____
Joseph J. Balliro, Jr.