UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*******************************************
03-10445PBS

UNITED STATES OF AMERICA,
Plaintiff,

V.

ONE ORANGE 1969 CHEVEROLET CAMARO SS 396 WITH HAULMARK TRAILER; ONE YELLOW 1969 CHEVROLET CAMARO RS SS; ONE 2001 GMC SIERRA K2500 HD; and $25,034.00 IN U.S. CURRENCY,
Defendants.

*******************************************

ANSWER OF CLAIMANT/INTERVENOR VICTOR MILLER
DEMAND FOR JURY TRIAL
VERIFIED CLAIM

Victor Miller, as the claimant, asserts 100% interest in the rem above captioned, and intervenes by means of this answer in defense of the defendant ONE ORANGE 1969 CHEVEROLET CAMARO SS 396 WITH HAULMARK TRAILER; ONE YELLOW 1969 CHEVROLET CAMARO RS SS; ONE 2001 GMC SIERRA K2500 HD; and $25,034.00 IN U.S. CURRENCY.

1. The claimant/intervenor reserves the right to object to paragraph number one insofar as the claimant/intervenor believes it appropriate.

2. The claimant/intervenor reserves the right to object to paragraph number two insofar as the claimant/intervenor believes it appropriate.

3. Admitted.

4. Denied.

The claimant/intervenor prays that this Honorable Court deny the requested relief.

Respectfully Submitted,
The Claimant/Intervenor,
Victor Miller,
By His Counsel

Joseph J. Balliro, Jr., Esquire
Balliro & Mondano
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8442
BBO# 550194

Date: December 28, 2004

Verified

I, Victor Miller, hereby certify under oath that the averments above referenced are true and accurate to the best of my information and belief.

Victor Miller

Date: December 21, 2004

**THE COMMONWEALTH OF MASSACHUSETTS**
**REGISTRY OF MOTOR VEHICLES**
**P.O. BOX 199100 BOSTON, MA 02119**
**www.massrmv.com**

PLEASE KEEP THIS DOCUMENT
IN YOUR VEHICLE AT ALL TIMES

CERTIFICATE OF REGISTRATION
PASSENGER

| PLATE TYPE | REGISTRATION NUMBER | EXPIRES LAST DAY OF → MONTH | YEAR |
|---|---|---|---|
| PAN | 1969YE | 09 | 03 |

FEES:

| | |
|---|---|
| REGISTRATION | 15.00 |
| TITLE | 50.00 |
| SPECIAL PLATES | 0.00 |
| SALES TAX | 200.00 |
| TOTAL | 265.00 |

NAME(S) OF OWNER(S) AND MAILING ADDRESS
MILLER, VICTOR R
BX 1505
HYANNIS, MA 02601-1505

EFFECTIVE DATE 05/07/02

TRANSACTION NUMBER 01212754040119

Kimberly Hinden, Registrar 837 REGISTRY

RESIDENTIAL ADDRESS (IF DIFFERENT)

| MFRS MODEL YEAR | MAKE | MODEL NAME | BODY STYLE/TYPE | COLOR |
|---|---|---|---|---|
| 1969 | CHEV | CAMARO | COUPE | YELLOW |

| VEHICLE IDENTIFICATION NUMBER | INSURANCE COMPANY | TITLE NUMBER |
|---|---|---|
| 124379N511901 | MASS HOMELAND INS | |

IF VEHICLE CARRYING PASSENGERS FOR HIRE MAXIMUM NUMBER OF PASSENGERS THAT CAN BE SEATED.

IF VEHICLE USED FOR TRANSPORTING GOODS, WARES, OR MERCHANDISE: TOTAL REGISTERED WEIGHT.

NOT VALID UNTIL STAMPED WITH OFFICIAL SIGNATURE STAMP OR SIGNATURE OF THE REGISTRAR