UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    03-10445PBS
UNITED STATES OF AMERICA,
        Plaintiff,

        V.

ONE ORANGE 1969 CHEVEROLET CAMARO
SS 396 WITH HAULMARK TRAILER; ONE
YELLOW 1969 CHEVROLET CAMARO RS SS;
ONE 2001 GMC SIERRA K2500 HD; and $25,034.00
IN U.S. CURRENCY,
        Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANSWER OF CLAIMANT/INTERVENOR VICTOR MILLER
DEMAND FOR JURY TRIAL
VERIFIED CLAIM

Victor Miller, as the claimant, asserts 100% interest in

the rem above captioned, and intervenes by means of this

answer in defense of the defendant ONE ORANGE 1969 CHEVEROLET

CAMARO SS 396 WITH HAULMARK TRAILER; ONE YELLOW 1969 CHEVROLET

CAMARO RS SS; ONE 2001 GMC SIERRA K2500 HD; and $25,034.00 IN

U.S. CURRENCY.

1.    The claimant/intervenor reserves the right to object to

paragraph number one insofar as the claimant/intervenor

believes it appropriate.

2.    The claimant/intervenor reserves the right to object to

paragraph number two insofar as the claimant/intervenor

believes it appropriate.

3.   Admitted.

4.   Denied.

The claimant/intervenor prays that this Honorable Court
deny the requested relief.

> Respectfully Submitted,
> The Claimant/Intervenor,
> Victor Miller,
> By His Counsel
>
> _____
> Joseph J. Balliro, Jr., Esquire
> Balliro & Mondano
> 99 Summer Street
> Suite 1800
> Boston, Massachusetts 02110
> (617) 737-8442
> BBO# 550194

Date:     December 28, 2004

## Verified

I, Victor Miller, hereby certify under oath that the
averments above referenced are true and accurate to the best
of my information and belief.

> _____
> Victor Miller

Date:     December 31 , 2004



THE COMMONWEALTH OF MASSACHUSETTS
REGISTRY OF MOTOR VEHICLES
P.O. BOX 199100 BOSTON, MA 02119
www.massrmv.com

CERTIFICATE OF REGISTRATION
PASSENGER

PLEASE KEEP THIS DOCUMENT
IN YOUR VEHICLE AT ALL TIMES

| PLATE TYPE | REGISTRATION NUMBER |
|---|---|
| PAN | 1969YE |

| EXPIRES LAST DAY OF → | MONTH | YEAR |
|---|---|---|
| | 09 | 03 |

NAME(S) OF OWNER(S) AND MAILING ADDRESS

MILLER, VICTOR R
BX 1505
HYANNIS, MA 02601-1505

| FEES: | |
|---|---|
| REGISTRATION | 15.00 |
| TITLE | 50.00 |
| SPECIAL PLATES | 0.00 |
| SALES TAX | 200.00 |
| TOTAL | 265.00 |

RESIDENTIAL ADDRESS (IF DIFFERENT)

| EFFECTIVE DATE | 05/07/02 |
|---|---|
| TRANSACTION NUMBER | |
| 0121275404 | 0119 |

| 1969 MFR/MODEL YEAR | CHEV MAKE | CAMARO MODEL NAME | COUPE BODY/STYLE TYPE | YELLOW COLOR | IF VEHICLE CAN CARRY PASSENGERS FOR HIRE MAXIMUM NUMBER OF PASSENGERS THAT CAN BE SEATED. | IF VEHICLE USED FOR TRANSPORTING GOODS, WARES, OR MERCHANDISE, TOTAL REGISTERED WEIGHT. |
|---|---|---|---|---|---|---|

| 1243779N511901 VEHICLE IDENTIFICATION NUMBER | MASS HOMELAND INS INSURANCE COMPANY | TITLE NUMBER | |
|---|---|---|---|

NOT VALID UNTIL STAMPED WITH OFFICIAL SIGNATURE STAMP OR SIGNATURE OF THE REGISTRAR

837