```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
          Plaintiff,               )
                                   )
     v.                            )Civil Action No. 04-10445-JGD
                                   )
ONE ORANGE 1969 CHEVROLET CAMARO   )
SS 396 WITH HAULMARK TRAILER; ONE  )
YELLOW 1969 CHEVROLET CAMARO RS SS;)
ONE 2001 GMC SIERRA K2500 HD; and  )
$25,034 IN U.S. CURRENCY,          )
          Defendants.              )
```

**JOINT MOTION FOR JUDGMENT AND ORDER OF FORFEITURE**

The parties to this action, the United States of America, plaintiff, and Victor Miller, claimant, report that they have reached an agreement to settle this action. The parties therefore move this court, pursuant to 21 U.S.C. § 881(a)(4) and (a)(6) and for an Order of Forfeiture for the following properties:

(a) one orange 1969 Chevrolet Camaro SS 396 with Haulmark Trailer, bearing Vehicle Identification Number 124679N527589, and Massachusetts Registration No. 1382TX;

(b) one 2001 GMC Sierra K2500 HD, bearing Vehicle Identification Number 1GTHK23G01F167555, and Massachusetts Registration No. C187GM;

(c) $25,034.00 in U.S. Currency, seized from Victor Miller on or about October 1, 2003.

The parties have further agreed that following property will be returned to the claimant:

(d) one yellow 1969 Chevrolet Camaro RS SS, bearing Vehicle Identification Number 124379N511901, and Massachusetts Registration No. 1969YE.

WHEREFORE, the parties request that the Court enter an Order of Forfeiture in the form submitted herewith.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN.<br>United States Attorney. | VICTOR MILLER, |
| /s/ *Shelbey D. Wright*<br>By:  Shelbey D. Wright<br>     Assistant U.S. Attorney<br>     John J. Moakley Federal<br>        Courthouse<br>     Suite 9200<br>     1 Courthouse Way<br>     Boston, MA 02210<br>     (617) 748-3283 | /s/ *Joseph J. Balliro, Jr.*<br>By:  Joseph J. Balliro, Jr.<br>     Balliro & Mondano<br>     Suite 1800<br>     99 Summer Street<br>     Boston, MA 02110<br>     (617) 737-8442 |
| Date:February 28, 2005 | Date:February 28, 2005 |