UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>ONE ORANGE 1969 CHEVROLET CAMARO<br>SS 396 WITH HAULMARK TRAILER; ONE<br>YELLOW 1969 CHEVROLET CAMARO RS SS;<br>ONE 2001 GMC SIERRA K2500 HD; and<br>$25,034 IN U.S. CURRENCY,<br>        Defendants. | )<br>)<br>)<br>) Civil Action No. 04-10445-JGD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT AND ORDER OF FORFEITURE

**DEIN, M.J.:**

This cause having come before this Court and the Court being fully advised of the agreement between the parties, it is hereby,

ORDERED, ADJUDGED, and DECREED:

1. That the following properties, by agreement of the parties, are hereby forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(4) and (a)(6):

    (a) one orange 1969 Chevrolet Camaro SS 396 with Haulmark Trailer, bearing Vehicle Identification Number 124679N527589, and Massachusetts Registration No. 1382TX;

    (b) one 2001 GMC Sierra K2500 HD, bearing Vehicle Identification Number 1GTHK23G01F167555, and Massachusetts Registration No. C187GM;

    (c) $25,034.00 in U.S. Currency, seized from Victor Miller on or about October 1, 2003 (collectively, the "forfeited properties").

2. That any other claims of interest to the forfeited properties are hereby dismissed, and all other parties claiming any right, title or interest in or to the forfeited properties are hereby held in default.

3. That the United States shall dispose of the forfeited

properties in accordance with the law.

    4.   That the yellow 1969 Chevrolet Camaro RS SS, bearing Vehicle Identification Number 124379N511901, and Massachusetts Registration No. 1969YE be returned to the claimant.

    4.   That this shall be and is the full, final, and complete disposition of this civil forfeiture action.

    DONE and ORDERED in Boston, Massachusetts, this  2d  day of  March , 2005.

                                    _____
                                    JUDITH G. DEIN,
                                    United States Magistrate Judge